23, 1904.) Action by Louis Unverzaght and Edward J. Colwell against Anton H. Meyer. No opinion. Judgment and order unanimously affirmed, with costs.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appeal dismissed, unless within 30 days from the date of service of a copy of this order, together with notice of entry thereof, the appellant print, file, and serve upon the respondent's attorney a printed case herein, in which event said motion is denied.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appellant granted an extension of 20 days from the 15th day of November, 1904, in which to file and serve his printed papers on appeal, in addition to the extension heretofore granted by this court, upon condition that the appeal be placed upon the calendar for the next term of this court.

VAN DRESSER, Respondent, v. BRACE HOTEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Charles W. Van Dresser against the Brace Hotel Company. No opinion. Judgment and order affirmed, with costs.

In re DE VAUGRIGNEUSE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Sarah M. De Vaugrigneuse, deceased. G. L. Craig, for appellant. J. S. Davenport, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

VOLK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Volk against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

WALSH v. GENERAL FIRE EXTINGUISHER CO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Mary Walsh, as administratrix, against the General Fire Extinguisher Company. No opinion. Motion granted, so far as to dismiss appeal, upon payment of taxable costs.

WARD v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Kate Ward, as administratrix, against the Manhattan Railway Company. No opinion. Motion denied, with $10 costs.

WARING, Appellant, v. BOAS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Vechten Waring against Arthur E. Boas. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. JAMES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by William C. Warner against Thomas L. James and others. J. E. Ruston, for appellants. H. E. Deming, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. STEARNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Elton D. Warner against Lester F. Stearns.

PER CURIAM. Ex parte order dated August 23, 1904, as modified by the order of the Special Term entered September 19, 1904, and said order of September 19th, are affirmed, with $10 costs and disbursements.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) In the matter of the final settlement of the accounts of George C. Watson, as executor, etc., of George Catchpole, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) In the matter of the final accounting of George C. Watson, as executor, etc., of George Catchpole, deceased.

PER CURIAM. Upon stipulation, the order heretofore made and entered herein is amended, by awarding costs to the respondent Nettie E. Catchpole, payable out of the estate.

WATTENGEL, Respondent, v. ACKER PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Mary Wattengel against the Acker Process Company. No opinion. Judgment affirmed, with costs.

In re WEEKS. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of H. Luther Weeks for a writ of certiorari, etc. No opinion. Motion for reargument granted, and case set down for the 14th day of November, 1904.

WEEKS, Appellant, v. VAN NESS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Count W. Weeks against Cornelius H. Van Ness. No opinion. Order affirmed, with $10 costs and disbursements.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. October 14,

1904.) In the matter of Charles C. Wehrum. No opinion. Motion granted, and time extended to February 1, 1905.

WEINHANDLER v. EASTERN BREWING CO. et al. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Solomon Weinhandler against the Eastern Brewing Company and others. No opinion. Motion denied, with $10 costs.

In re WHITE. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of Josiah J. White, guardian of the person of Frederic Hall White, an infant, to compel an accounting of the Long Island Loan & Trust Company as guardian of the property of said infant. No opinion.

In re WHITE. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of Frederic Hall White, an infant over the age of 14 years, for the payment by the Long Island Loan & Trust Company, as guardian of the property of said infant, of the requisite funds for the support and maintenance of said infant. No opinion.

In re WHITE. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of Josiah J. White, as guardian of the person of Frederic Hall White, an infant, for the payment by the Long Island Loan & Trust Company, as guardian of the property of said infant, of the requisite funds for the support and maintenance of said infant, and for other purposes.
PER CURIAM. Motion to dismiss appeal denied. Motion to cause appellant to reprint and refile papers denied. While the papers are not prepared in accordance with the practice, we deem it best, in the interests of justice, under the circumstances, to hear and dispose of the appeals upon the merits.

WHITMORE v. SOUTHGATE et al. (Supreme court, Appellate Division, First Department. November 11, 1904.) Action by Harriet A. Whitmore against Henry Southgate as trustee and others. J. P. Herren, for petitioner. Mr. Wells, for appellants. S. Evarts, for respondent Whitmore. P. S. Menken, for respondent Southgate. No opinion. Order affirmed, with $10 costs and disbursements against the appellants.

WHITNEY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Herbert L. Whitney against the Press Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

WHITNEY, Respondent, v. STAR CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Actions by Herbert L.

Whitney against the Star Company and the New York Evening Journal Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

WILHELM, Appellant, v. LACKEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Sarah J. Wilhelm against Daniel N. Lackey and others. No opinion. Motion to dismiss appeal granted, with $10 costs of motion only.

WILHELM, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Sarah J. Wilhelm against Charles Smith. No opinion. Motion to dismiss appeal granted, with $10 costs of motion only.

WILLIAM GARDAM & SON, Respondants, v. BATTERSON, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by William Gardam & Son against James G. Batterson. T. P. Ufford, for appellant. H. A. Rubins, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS v. BUCKLEY. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by William Williams against Charles R. Buckley. No opinion. Motion denied, on payment of $20 costs.

WILLIAMS, Respondent, v. VILLAGE OF PORT CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Charles H. Williams against the village of Port Chester. No opinion. Motion for leave to appeal to the Court of Appeals granted.

WILSON, Respondent, v. GRANGER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Lewis F. Wilson against Henry G. Granger. G. G. Battle, for appellant. F. W. Frost, for respondent. No opinion. Judgment and order affirmed, with costs.

WOOD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by William P. Wood against the New York Central & Hudson River Railroad Company.
PER CURIAM. Order modified, so as to provide that the assessment of damages in this case be had at the trial term of the Supreme Court appointed to be held in the county of Steuben on the 14th day of November, 1904, and that either party may notice such assessment for the first day of said court; and, as so modified, the order is affirmed, without costs of this appeal to either party. Held that, in the exercise of sound discretion, the assessment of damages in this case should be had at a trial term of the Supreme Court, rather than before a sheriff's jury.